UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRGAS USA, LLC, | Case No. 25-11905 |
| Plaintiff, | Brandy R. McMillion<br>United States District Judge |
| v. | |
| INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS<br>LOCAL NO. 283, *et al.*, | Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendants.<br>_____/ | |

## ORDER REGARDING OUTSTANDING DISCOVERY DISPUTES

On November 19, 2025, non-party International Brotherhood of Teamsters ("IBT") filed the pending *Motion to Quash Subpoena* (ECF No. 24). The motion was referred to the undersigned for a hearing and determination. (ECF No. 25).

On January 22, 2026, the Parties and non-party IBT appeared before the undersigned for a status conference related to outstanding discovery disputes. During the status conference the Parties and IBT agreed to work together, with Plaintiff agreeing to narrow the scope of its discovery requests, at least initially, and Defendants and IBT agreeing to provide any discovery in their possession that

is responsive to the agreed upon narrowed requests.

Accordingly, Parties and IBT shall meet and confer to make a good faith effort to narrow or resolve the discovery disputes.  It is **ORDERED** that **on or before February 17, 2026**, the Parties and IBT shall file a joint statement outlining which discovery issues remain outstanding.  Alternatively, if the issues raised in the motion to quash have been resolved, IBT may file a notice of withdrawal.

**IT IS SO ORDERED**.

Date: January 28, 2026

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge